# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| MATHILDA SOLOMON | CIVIL ACTION NO. 18-CV-01025 |
| vs. | JUDGE DOUGHTY |
| SERENITY SQUARE, LLC, and GWENDOLYN CAILLIER | MAGISTRATE JUDGE WHITEHURST |

## MOTION FOR LEAVE TO FILE
## CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL

NOW INTO COURT, through undersigned counsel, come Defendants, Serenity Square, LLC and Gwendolyn Caillier, who respectfully move to for permission to file the Confidential Settlement Agreement attached to the Motion to Approve Settlement under seal.

The Defendants and Plaintiff, Mathilda Solomon on behalf of herself any others similarly situated, have reached a confidential settlement agreement and are seeking approval of same by this Honorable Court. In order to maintain the confidentiality of the agreement, it is necessary to file same under seal. A copy of the document to be sealed will be filed separately and under seal contemporaneously with the filing of this Motion.

Pursuant to the Local Rules of Court, counsel for Defendants has contacted counsel for Plaintiff regarding this motion. Plaintiff has no objection to the granting of this motion.

**WHEREFOR,** Defendants pray that this motion be granted and the Confidential Settlement Agreement attached to the parties' Motion to Approve Settlement be filed under seal in this matter.

Respectfully Submitted:
NEUNERPATE

By: _____
James D. Hollier           #20866
Cliff A. LaCour, T.A.      #30581
B. Lance Person            #35280
One Petroleum Center
1001 W. Pinhook Rd., Suite 200
Lafayette, Louisiana 70503
Telephone:   (337) 237-7000
Fax:         (337) 233-9450

**Attorneys for Serenity Square, LLC and Gwendolyn Caillier**