## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| MATHILDA SOLOMON | CIVIL ACTION NO. 18-CV-01025 |
| vs. | JUDGE JUNEAU |
| SERENITY SQUARE, LLC, and GWENDOLYN CAILLIER | MAGISTRATE JUDGE WHITEHURST |

## ORDER

Before the Court is the parties' Joint Motion to Approve Confidential Settlement, Rec. Doc. [27]. Having considered the motion, the confidential settlement agreement filed under seal, and the record before the Court,

The Court finds the terms of the Confidential Settlement Agreement and General Release, filed under seal, to be fair and reasonable.  Accordingly;

**IT IS ORDERED** that the Joint Motion to Approve the Confidential Settlement is **GRANTED**.

**IT IS FURTHER ORDERED** that the Parties shall execute said Confidential Settlement Agreement and General Release and that Plaintiff shall file a Motion to Dismiss within 3 days of execution.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 26th day of September, 2019.

_____
**MICHAEL J. JUNEAU**
**UNITED STATES DISTRICT JUDGE**